DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SKYRIDGE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; LIQUN HOLDINGS LIMITED; RILLAN FAMILY INVESTMENT, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00436-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION** |

Bank Of America, N.A., **BANA** hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///
///
///
///
///
///

{40603453;1}                                1

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and TENESA S. SCATURRO, ESQ., receive all future notices.

Respectfully submitted, this 7th day of February, 2017.

                 **AKERMAN LLP**

                 /s/ *Tenesa S. Scaturro, Esq.*
                 DARREN T. BRENNER, ESQ.
                 Nevada Bar No. 8386
                 TENESA S. SCATURRO, ESQ.
                 Nevada Bar No. 12488
                 1160 Town Center Drive, Suite 330
                 Las Vegas, Nevada 89144

                 **COURT APPROVAL**

IT IS SO ORDERED.
Date: February 8, 2017

                 _____
                 UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572