DARREN T. BRENNER ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> SKYRIDGE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIAITON SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; LIQUN HOLDINGS LIMITED; RILLAN FAMILY INVESTMENT, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00436-RFB-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP, who requests that Ms. Powell be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

53048298;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Scott R. Lachman, Esq.

DATED this 8th day of May, 2020.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE

53048298;1